**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Robert W. PETTY, Defendant— Appellant.**

**No. 05–6011.**

United States Court of Appeals, Fourth Circuit.

Submitted April 28, 2005.

Decided May 5, 2005.

Robert W. Petty, Appellant pro se. Hollis Raphael Weisman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Robert W. Petty seeks to appeal from the district court's order denying various pending motions and directing him to clarify the claims on which he wished to proceed in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen*

*v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Petty seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*